**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. ARISMAN,<br><br>    Plaintiff,<br><br>    v<br><br>WARDEN J.S. WOODFORD,<br><br>    Defendants. | Case No C 00-4049 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on  October 3, 2008  . The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐  Warden or warden's representative

☒  Office of the California Attorney General, Christopher Young

☐  Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to an additional follow up settlement in thirty to forty-five days.

_____.

☐ The parties are unable to reach an agreement at this time.

Date: 10/20/08

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISMAN | No. C 00-4049 |
| v. | CERTIFICATE OF SERVICE |
| WOODFORD _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   10/21/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**David W. Arisman**
P-27100
CSP-San Quentin
San Quentin, CA 94974


RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk

3