IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. ARISMAN,<br><br>    Plaintiff,<br><br>        v<br><br>WARDEN J.S. WOODFORD,<br><br>    Defendants. | Case No C 00-4049 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>January 23, 2009</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Christopher Young

☐ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement in thirty to forty-five days.

_____.

☒ The parties are unable to reach an agreement at this time.

Date: 2/18/09

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARISMAN                                                   No. C 00-4049

v.                                                        CERTIFICATE OF SERVICE

WOODFORD
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/18/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**David W. Arisman**
P-27100
CSP-San Quentin
San Quentin, CA 94974

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3